FILED

07 OCT 17 AM 9:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWIN REYNA-GUDINO,<br>aka Edwin Andres Reyna-Gudino,<br>Defendant. | Criminal Case No. '07 CR 2874 W<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about August 14, 2007, within the Southern District of California, defendant EDWIN REYNA-GUDINO, aka Edwin Andres Reyna-Gudino, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

CJB:nlv:San Diego
10/15/07

It is further alleged that defendant EDWIN REYNA-GUDINO, aka Edwin Andres Reyna-Gudino, was removed from the United States subsequent to April 17, 2006.

DATED: October 17, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney