FILED

07 OCT 17 AM 9:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ppv DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWIN REYNA-GUDINO,<br>aka Edwin Andres Reyna-Gudino,<br>Defendant. | Criminal Case No. '07 CR 2874 W<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Edwin Reyna-Gudino, aka Edwin Andres Reyna-Gudino, Criminal Case No. 07CR2520-W.

DATED: October 17, 2007.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney