**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Edwin Reyna-Gudino

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN REYNA-GUDINO,<br><br>Defendant. | Case No. 07CR2874-W<br><br>DATE: November 19, 2007<br>TIME: 2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND**<br>**2) LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that, on November 19, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Edwin Reyna-Gudino, by and through his counsel, Gregory T. Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

The defendant, Edwin Reyna-Gudino, by and through his attorneys, Gregory T. Murphy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) To compel discovery and preserve evidence; and

2) For leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: November 7, 2007

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Edwin Reyna-Gudino